## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>                              Plaintiff,<br>          v.<br><br>PERMANENT EASEMENT FOR 2.02 ACRES AND TEMPORARY EASEMENTS FOR 2.76 ACRES IN MANOR TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 4100300500000, 3049 SAFE HARBOR ROAD, MANOR TOWNSHIP, LANCASTER, PA 17551<br><br>STEPHEN D. HOFFMAN<br>3049 SAFE HARBOR ROAD<br>MILLERSVILLE, PA 17551<br><br>AND ALL UNKNOWN OWNERS<br><br>                              Defendants. | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00723 |

## ORDER

AND NOW, this 23rd day of August, 2017, upon consideration of Plaintiff's

Omnibus Motion for Preliminary Injunction for Possession of Rights of Way by August 18, 2017

Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the

accompanying documents, Defendant's opposition thereto, Plaintiff's Reply, and after a hearing

and oral argument being held, it is hereby **ORDERED** that the Motion is **GRANTED**. It is

further **ORDERED** as follows:

(1)    Transcontinental Gas Pipe Line Company, LLC ("Transco") has the substantive

right to condemn the following easements and rights of way (collectively referred to as the

"Rights of Way"):

       a.    A permanent right of way and easement of 2.02 acres, as described as "Area of Proposed CPLS R/W" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing but not increasing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment, and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017), together with a right of way and easement to construct, maintain, operate, repair, alter, replace and remove cathodic protection equipment and the necessary appurtenances thereto, such as but not limited to poles, guy wires, anchors, rectifiers, power lines, cables, deep well anode and anode ground beds under, upon, and over the permanent access easement, and conducting all other activities as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Further, the landowner shall not build any permanent structures on said permanent right of way or any part thereof, will not change the grade of said permanent right of way, or any part thereof, will not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Transco's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Transco's lawful exercise of any of the rights herein granted without first having obtained Transco's approval in writing; and the landowner will not permit others to do any of said acts without first having obtained Transco's approval in writing. Transco shall have the right from time to time at no additional cost to landowners to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto; and

       b.    Temporary easements of 2.76 acres, as described as "Area of Proposed Temporary Work Space #1" and "Area of Proposed Temporary Work Space #2" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all

other activities approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017).

(2)     Upon filing the bond required below, beginning August 18, 2017, Transco is granted access to, possession of and entry to the Rights of Way for all purposes allowed under the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017);

(3)     In the event of a violation of this Order by Defendants, such as interference with Transco's possession of the Rights of Way by Defendants or by third parties who are authorized by Defendants to be on the Property, the U. S. Marshal Service, or a law enforcement agency it designates, shall be authorized to investigate and to arrest, confine in prison and/or bring before the Court any persons found to be in violation of this Order and in contempt of this Order, pending his/her compliance with the Court's Order.

(4)     Transco shall post a bond in the amount of $41,910.00 as security for the payment of just compensation to Defendants.

(5)     Transco shall record this Order in the Office of the Recorder of Deeds for Lancaster County, Pennsylvania.

BY THE COURT

_____
Jeffrey L. Schmehl, J.

# EXHIBIT A



BRIAN J ESHBACH
4106579900000
PA-LA-185.000

STEPHEN D HOFFMAN
4100300500000
PA-LA-155-B.000

AREA OF PROPOSED
TEMPORARY WORK SPACE #2

PATRICIA A GRIFFIN
4103509800000
PA-LA-152-B.000

AREA OF PROPOSED
CPLS R/W

PROPOSED 42" CENTRAL
PENN LINE SOUTH

FND. STONE
(BOUNDARY MARKER)

AREA OF PROPOSED
TEMPORARY WORK SPACE #1

BOUNDARY CORNER

SCOTT B REAM AND
TAMMY L REAM
4103358100000

SUBJECT TRACT
N.T.S.

COMMONWEALTH OF
REGISTERED
PROFESSIONAL
CHRIS H. ROBERTS
LAND
SURVEYOR
No. SU075384
PENNSYLVANIA

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF SURVEY LINE FOR PROPOSED RIGHT OF WAY . . . 1759.91 FEET
AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . . . 2.02 ACRES
AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 2.76 ACRES
PROPERTY LINE . . . . . . . . . . . . . . . . . . . . . . .
POINT OF INTERSECTION . . . . . . . . . . . . . . . . . . .

3. THE INFORMATION SHOWN ON THIS DRAWING IS FROM A FIELD SURVEY PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC AND REPRESENTS THE CONDITIONS AS THEY EXIST ON THE GROUND AS OF THIS DATE 12-15-14.

| DRAWING NO. | | | REFERENCE TITLE | | | |
|---|---|---|---|---|---|---|

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED
RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE
CROSSING THE PROPERTY OF
STEPHEN D HOFFMAN
MANOR TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

Williams

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK | APP. | DRAWN BY: CJW | DATE: 10/06/15 | ISSUED FOR BID: | SCALE: N.T.S. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 04/26/16 | TN | ISSUED FOR R.O.W. | 1161503 | SGH | MJH | CHECKED BY: MJV | DATE 09/23/16 | ISSUED FOR CONSTRUCTION: | REVISION: 1 |
| 1 | 09/23/16 | MJV | REISSUED FOR R.O.W. | 1161503 | SGH | MJH | APPROVED BY: MJH | DATE 09/23/16 | DRAWING NUMBER 24-1600-70-77-A/PA-LA-155-B.000-01 | SHEET 1 |
| | | | | | | | W.O. 1161503 | PA-LA-155-B.000-01_HOFFMAN | | OF 4 |



PROPOSED 42" CENTRAL PENN LINE SOUTH
AREA OF PROPOSED TEMPORARY WORK SPACE #1
AREA OF PROPOSED CPLS R/W

MATCH LINE SEE SHEET 3

BOUNDARY CORNER

STEPHEN D HOFFMAN
4100300500000
PA-LA-155-B.000

PATRICIA A GRIFFIN
4103509800000
PA-LA-152-B.000

COMMONWEALTH OF
REGISTERED
PROFESSIONAL
CHRIS H. ROBERTS
LAND
SURVEYOR
No. SU075384
PENNSYLVANIA

PENNSYLVANIA LICENSE NO. SU075384
CHRIS H. ROBERTS
HAYES, JAMES & ASSOCIATES, INC.
4145 SHACKLEFORD ROAD, SUITE 300
NORCROSS, GA 30093

DATE: 12-3-16

SCALE IN FEET
0    100    200    300

## NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF SURVEY LINE FOR PROPOSED RIGHT OF WAY . . . 1759.91 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . . 2.02 ACRES
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 2.76 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . . . .
   POINT OF INTERSECTION . . . . . . . . . . . . . . . .

3. THE INFORMATION SHOWN ON THIS DRAWING IS FROM A FIELD SURVEY PERFORMED BY
   TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC AND REPRESENTS THE CONDITIONS
   AS THEY EXIST ON THE GROUND AS OF THIS DATE 12-15-14.

| | REFERENCE TITLE | | | TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC |
|---|---|---|---|---|

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED
RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE
CROSSING THE PROPERTY OF
STEPHEN D HOFFMAN
MANOR TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

Williams

| NO. | DATE | BY | REVISION DESCRIPTION | W.O.NO. | CHK. | APP. | DRAWN BY: | CJW | DATE: 10/06/15 | ISSUED FOR BID: | SCALE | 1" = 100' |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 04/26/16 | TN | ISSUED FOR R.O.W. | 1161503 | SGH | MJH | CHECKED BY: | MJV | DATE: 09/23/16 | ISSUED FOR CONSTRUCTION: | REVISION | 1 |
| 1 | 09/23/16 | MJV | REISSUED FOR R.O.W. | 1161503 | SGH | MJH | APPROVED BY: MJH | | DATE: 09/23/16 | DRAWING NUMBER: 24-1600-70-77-A/PA-LA-155-B.000-01 | SHEET 2 |
| | | | | | | | WO: 1161503 | | | | OF 4 |



P.O.C.
AREA OF PROPOSED TEMPORARY WORK SPACE #1
P.O.C.
AREA OF PROPOSED CPLS R/W
P.O.C.
AREA OF PROPOSED TEMPORARY WORK SPACE #2
FND. STONE
(BOUNDARY MARKER)
N: 227269.67
E: 2345368.05

PROPOSED 42" CENTRAL PENN LINE SOUTH
AREA OF PROPOSED CPLS R/W
AREA OF PROPOSED TEMPORARY WORK SPACE #1

MATCH LINE SEE SHEET 2

P.O.B.
AREA OF PROPOSED TEMPORARY WORK SPACE #1

P.O.B.
AREA OF PROPOSED CPLS R/W

P.O.B.
AREA OF PROPOSED TEMPORARY WORK SPACE #2

AREA OF PROPOSED TEMPORARY WORK SPACE #2

STEPHEN D HOFFMAN
4100300500000
PA-LA-155-B.000

BRIAN J ESHBACH
4106579900000
PA-LA-185.000

0      100      200      300
SCALE IN FEET

CHRIS H. ROBERTS
COMMONWEALTH OF PENNSYLVANIA
REGISTERED PROFESSIONAL
LAND SURVEYOR
No. SU075384

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF SURVEY LINE FOR PROPOSED RIGHT OF WAY . . . 1759.91 FEET
AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . 2.02 ACRES
AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 2.76 ACRES
PROPERTY LINE . . . . . . . . . . . . . . . . . . . .
POINT OF INTERSECTION . . . . . . . . . . . . . . . .

3. THE INFORMATION SHOWN ON THIS DRAWING IS FROM A FIELD SURVEY PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC AND REPRESENTS THE CONDITIONS AS THEY EXIST ON THE GROUND AS OF THIS DATE 12-15-14.

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH: AREA OF PROPOSED RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE
CROSSING THE PROPERTY OF
STEPHEN D HOFFMAN
MANOR TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

Williams

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: CJW | DATE: 10/06/15 | ISSUED FOR BOX: | SCALE: 1" = 100' |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 04/26/16 | TN | ISSUED FOR R.O.W. | 1161503 | SGH | MJH | CHECKED BY: MJV | DATE: 09/23/16 | ISSUED FOR CONSTRUCTION: | REVISION: 1 |
| 1 | 09/23/16 | MJV | REISSUED FOR R.O.W. | 1161503 | SGH | MJH | APPROVED BY: MJH | DATE: 09/23/16 | DRAWING NUMBER 24-1600-70-77-A/PA-LA-155-B.000-01 | SHEET 3 |
| | | | | | | | WO: 1161503 | PA-LA-155-B.000-01_HOF | | OF |

## CONNECTION COURSES

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L1 | N48°38'28"E | 1019.57' |
| L39 | N48°43'18"E | 174.18' |

## AREA OF PROPOSED TEMPORARY WORK SPACE #1

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L2 | N48°38'28"E | 11.32' |
| L3 | S61°37'26"E | 546.36' |
| L4 | S51°44'00"E | 1213.83' |
| L5 | S48°43'18"W | 10.17' |
| L6 | N51°44'00"W | 624.23' |
| L7 | S83°16'00"W | 35.36' |
| L8 | N51°44'00"W | 150.00' |
| L9 | N06°44'00"W | 35.36' |
| L10 | N51°44'00"W | 386.89' |
| L11 | N61°37'26"W | 535.49' |
| L12 | N64°10'42"W | 13.95' |

## AREA OF PROPOSED CPLS R/W

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L13 | N48°38'28"E | 53.30' |
| L14 | S61°37'26"E | 532.23' |
| L15 | S51°44'00"E | 1227.38' |
| L16 | S48°43'18"W | 50.84' |
| L17 | N51°44'00"W | 1213.83' |
| L18 | N61°37'26"W | 546.36' |

## AREA OF PROPOSED TEMPORARY WORK SPACE #2

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L19 | N48°38'28"E | 42.64' |
| L20 | S61°37'26"E | 81.75' |
| L21 | N73°22'34"E | 35.36' |
| L22 | S61°37'26"E | 416.34' |
| L23 | S51°44'00"E | 315.04' |
| L24 | S06°44'00"E | 35.36' |
| L25 | S51°44'00"E | 62.99' |
| L26 | N83°16'00"E | 35.36' |
| L27 | S51°44'00"E | 150.00' |
| L28 | S06°44'00"E | 35.36' |
| L29 | S51°44'00"E | 227.40' |
| L30 | N83°16'00"E | 35.36' |
| L31 | S51°44'00"E | 160.98' |
| L32 | S06°44'00"E | 35.36' |

## CONTINUED AREA OF PROPOSED TEMPORARY WORK SPACE #2

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L33 | S51°44'00"E | 198.98' |
| L34 | S48°43'18"W | 40.68' |
| L35 | N51°44'00"W | 1227.38' |
| L36 | N61°37'26"W | 532.23' |

## LENGTH OF SURVEY LINE FOR PROPOSED RIGHT OF WAY

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L37 | N51°44'00"W | 1220.61' |
| L38 | N61°37'26"W | 539.30' |

COMMONWEALTH OF
REGISTERED
PROFESSIONAL
CHRIS H. ROBERTS
LAND SURVEYOR
No. SU075384
PENNSYLVANIA

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF SURVEY LINE FOR PROPOSED RIGHT OF WAY . . . 1759.91 FEET
AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . 2.02 ACRES
AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 2.76 ACRES
PROPERTY LINE . . . . . . . . . . . . . . . . . . . .
POINT OF INTERSECTION . . . . . . . . . . . . . . . .

3. THE INFORMATION SHOWN ON THIS DRAWING IS FROM A FIELD SURVEY PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC AND REPRESENTS THE CONDITIONS AS THEY EXIST ON THE GROUND AS OF THIS DATE 12-15-14.

| | | | | | DRAWING NO. | | REFERENCE TITLE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC**
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE CROSSING THE PROPERTY OF
**STEPHEN D HOFFMAN**
MANOR TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

*Williams*

| NO. | DATE | BY | REVISION DESCRIPTION | W.O.NO. | CHK | APP. |
|---|---|---|---|---|---|---|
| 0 | 04/26/16 | TH | ISSUED FOR R.O.W. | 1161503 | SGB | MJH |
| 1 | 09/23/16 | MJV | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |

DRAWN BY: CJW — DATE 10/06/15 — ISSUED FOR BID:
CHECKED BY: MJV — DATE 09/23/16 — ISSUED FOR CONSTRUCTION:
APPROVED BY: MJH — DATE 09/23/16 — DRAWING NUMBER: 24-1600-70-77-A/PA-LA-155-B.000-01
W.O. 1161503

SCALE: N/A
REVISION: 1
SHEET 4 OF 4

**STEPHEN D. HOFFMAN**
**PA-LA-155-B.000**

ALL THAT TRACT OR PARCEL OF LAND LYING OR BEING IN MANOR
TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, AND BEING MORE
PARTICULARLY DESCRIBED AS FOLLOWS:

**PROPOSED RIGHT-OF-WAY** - COMMENCE FROM A STONE FOUND AT THE
SOUTHWESTERLY PROPERTY CORNER OF THE GRANTOR HAVING A
PENNSYLVANIA STATE PLANE COORDINATE OF (N: 227269.67', E: 2345368.05',
NAD 83, SOUTH ZONE) AND ALONG THE SAID WESTERLY PROPERTY LINE OF
THE GRANTOR NORTH 48 DEGREES 38 MINUTES 28 SECONDS EAST A
DISTANCE OF 1,030.89 FEET TO A POINT; SAID POINT BEING THE **POINT OF
BEGINNING**; THENCE FROM THE POINT OF BEGINNING AS THUS ESTABLISHED
AND CONTINUING ALONG THE SAID WESTERLY PROPERTY LINE OF THE
GRANTOR NORTH 48 DEGREES 38 MINUTES 28 SECONDS EAST A DISTANCE
OF 53.30 FEET TO A POINT; THENCE DEPARTING THE SAID WESTERLY
PROPERTY LINE OF THE GRANTOR SOUTH 61 DEGREES 37 MINUTES 26
SECONDS EAST A DISTANCE OF 532.23 FEET TO A POINT; THENCE SOUTH 51
DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 1,227.38 FEET TO A
POINT ON THE EASTERLY PROPERTY LINE OF THE GRANTOR; THENCE
ALONG THE SAID EASTERLY PROPERTY LINE OF THE GRANTOR SOUTH 48
DEGREES 43 MINUTES 18 SECONDS WEST A DISTANCE OF 50.84 FEET TO A
POINT; THENCE DEPARTING THE SAID EASTERLY PROPERTY LINE OF THE
GRANTOR NORTH 51 DEGREES 44 MINUTES 00 SECONDS WEST A DISTANCE
OF 1,213.83 FEET TO A POINT; THENCE NORTH 61 DEGREES 37 MINUTES 26
SECONDS WEST A DISTANCE OF 546.36 FEET TO THE **POINT OF BEGINNING**.

SAID TRACT OR PARCEL OF LAND CONTAINS 2.02 ACRES (BEING 87,988
SQUARE FEET) AS SHOWN ON DRAWING NUMBER:
24-1600-70-77-A/PA-LA-155-B.000-01.

**PROPOSED TEMPORARY WORK SPACE #1** - COMMENCE FROM A STONE
FOUND AT THE SOUTHWESTERLY PROPERTY CORNER OF THE GRANTOR
HAVING A PENNSYLVANIA STATE PLANE COORDINATE OF (N: 227269.67', E:
2345368.05', NAD 83, SOUTH ZONE) AND ALONG THE SAID WESTERLY
PROPERTY LINE OF THE GRANTOR NORTH 48 DEGREES 38 MINUTES 28
SECONDS EAST A DISTANCE OF 1,019.57 FEET TO A POINT; SAID POINT BEING
THE **POINT OF BEGINNING**; THENCE FROM THE POINT OF BEGINNING AS
THUS ESTABLISHED AND CONTINUING ALONG THE SAID WESTERLY
PROPERTY LINE OF THE GRANTOR NORTH 48 DEGREES 38 MINUTES 28
SECONDS EAST A DISTANCE OF 11.32 FEET TO A POINT; THENCE DEPARTING
THE SAID WESTERLY PROPERTY LINE OF THE GRANTOR SOUTH 61 DEGREES
37 MINUTES 26 SECONDS EAST A DISTANCE OF 546.36 FEET TO A POINT;
THENCE SOUTH 51 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF
1,213.83 FEET TO A POINT ON THE EASTERLY PROPERTY LINE OF THE
GRANTOR; THENCE ALONG THE SAID EASTERLY PROPERTY LINE OF THE
GRANTOR SOUTH 48 DEGREES 43 MINUTES 18 SECONDS WEST A DISTANCE
OF 10.17 FEET TO A POINT; THENCE DEPARTING THE SAID EASTERLY
PROPERTY LINE OF THE GRANTOR NORTH 51 DEGREES 44 MINUTES 00
SECONDS WEST A DISTANCE OF 624.23 FEET TO A POINT; THENCE SOUTH 83

DEGREES 16 MINUTES 00 SECONDS WEST A DISTANCE OF 35.36 FEET TO A POINT; THENCE NORTH 51 DEGREES 44 MINUTES 00 SECONDS WEST A DISTANCE OF 150.00 FEET TO A POINT; THENCE NORTH 06 DEGREES 44 MINUTES 00 SECONDS WEST A DISTANCE OF 35.36 FEET TO A POINT; THENCE NORTH 51 DEGREES 44 MINUTES 00 SECONDS WEST A DISTANCE OF 386.89 FEET TO A POINT; THENCE NORTH 61 DEGREES 37 MINUTES 26 SECONDS WEST A DISTANCE OF 535.49 FEET TO A POINT; THENCE NORTH 64 DEGREES 10 MINUTES 42 SECONDS WEST A DISTANCE OF 13.95 FEET TO THE **POINT OF BEGINNING**.

SAID TRACT OR PARCEL OF LAND CONTAINS 0.50 ACRES (BEING 21,984 SQUARE FEET) AS SHOWN ON DRAWING NUMBER: 24-1600-70-77-A/PA-LA-155-B.000-01.

**PROPOSED TEMPORARY WORK SPACE #2** - COMMENCE FROM A STONE FOUND AT THE SOUTHWESTERLY PROPERTY CORNER OF THE GRANTOR HAVING A PENNSYLVANIA STATE PLANE COORDINATE OF (N: 227269.67', E: 2345368.05', NAD 83, SOUTH ZONE) AND ALONG THE SAID WESTERLY PROPERTY LINE OF THE GRANTOR NORTH 48 DEGREES 38 MINUTES 28 SECONDS EAST A DISTANCE OF 1,084.19 FEET TO A POINT; SAID POINT BEING THE **POINT OF BEGINNING**; THENCE FROM THE POINT OF BEGINNING AS THUS ESTABLISHED AND CONTINUING ALONG THE SAID WESTERLY PROPERTY LINE OF THE GRANTOR NORTH 48 DEGREES 38 MINUTES 28 SECONDS EAST A DISTANCE OF 42.64 FEET TO A POINT; THENCE DEPARTING THE SAID WESTERLY PROPERTY LINE OF THE GRANTOR SOUTH 61 DEGREES 37 MINUTES 26 SECONDS EAST A DISTANCE OF 81.75 FEET TO A POINT; THENCE NORTH 73 DEGREES 22 MINUTES 34 SECONDS EAST A DISTANCE OF 35.36 FEET TO A POINT; THENCE SOUTH 61 DEGREES 37 MINUTES 26 SECONDS EAST A DISTANCE OF 416.34 FEET TO A POINT; THENCE SOUTH 51 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 315.04 FEET TO A POINT; THENCE SOUTH 06 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 35.36 FEET TO A POINT; THENCE SOUTH 51 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 62.99 FEET TO A POINT; THENCE NORTH 83 DEGREES 16 MINUTES 00 SECONDS EAST A DISTANCE OF 35.36 FEET TO A POINT; THENCE SOUTH 51 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 150.00 FEET TO A POINT; THENCE SOUTH 06 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 35.36 FEET TO A POINT; THENCE SOUTH 51 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 227.40 FEET TO A POINT; THENCE NORTH 83 DEGREES 16 MINUTES 00 SECONDS EAST A DISTANCE OF 35.36 FEET TO A POINT; THENCE SOUTH 51 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 160.98 FEET TO A POINT; THENCE SOUTH 06 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 35.36 FEET TO A POINT; THENCE SOUTH 51 DEGREES 44 MINUTES 00 SECONDS EAST A DISTANCE OF 198.98 FEET TO A POINT ON THE EASTERLY PROPERTY LINE OF THE GRANTOR; THENCE ALONG THE SAID EASTERLY PROPERTY LINE OF THE GRANTOR SOUTH 48 DEGREES 43 MINUTES 18 SECONDS WEST A DISTANCE OF 40.68 FEET TO A POINT; THENCE DEPARTING THE SAID EASTERLY PROPERTY LINE OF THE GRANTOR NORTH 51 DEGREES 44 MINUTES 00 SECONDS WEST A DISTANCE OF 1,227.38 FEET TO A POINT; THENCE NORTH 61 DEGREES 37 MINUTES 26 SECONDS WEST A DISTANCE OF 532.23 FEET TO THE **POINT OF BEGINNING**.

SAID TRACT OR PARCEL OF LAND CONTAINS 2.26 ACRES (BEING 98,270
SQUARE FEET) AS SHOWN ON DRAWING NUMBER:
24-1600-70-77-A/PA-LA-155-B.000-01.